# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133264(50)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JULIAS HOLLEY,
      Defendant-Appellee.

_____

SC: 133264
COA: 264584
Wayne CC: 05-003549-01

      On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his supplemental brief is considered and, it appearing the brief was filed July 18, 2007, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2007



Clerk